STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 23rd, 2019

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square   Courtroom 1506
New York, New York 10007

Re: Figueroa vs. 117 Perry Street LLC et al
Case No.: 1:18-cv-01789

Dear Judge Abrams,

I am requesting an extension of time to respond to your Order of February 21, 2019 as this matter affects my license and my ability to practice law and to provide for my family.

I am in the process of trying to obtain counsel so that I may prepare an appropriate response. Therefore, I am asking for a 45 day extension of the return date of the Order to Show Cause.

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF