STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900



MEMO ENDORSED

February 23rd, 2019

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/19
```

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square  Courtroom 1506
New York, New York 10007

Re: Figueroa vs. 117 Perry Street LLC et al
Case No.: 1:18-cv-01789

Dear Judge Abrams,

I am requesting an extension of time to respond to your Order of February 21, 2019 as this matter affects my license and my ability to practice law and to provide for my family.

I am in the process of trying to obtain counsel so that I may prepare an appropriate response. Therefore, I am asking for a 45 day extension of the return date of the Order to Show Cause.

Very truly yours,

Stuart H. Finkelstein

> Application granted. The hearing initially scheduled for March 7, 2019 is adjourned until April 19, 2019 at 10:00 a.m. Counsel for all parties and Mr. Figueroa shall appear at the hearing. Counsel for Defendants shall be prepared to question Mr. Finkelstein and Mr. Figueroa about the issues raised in their February 20, 2019 letter. Mr. Finkelstein is ordered to serve a copy of this letter endorsement on Mr. Figueroa and to file proof of service on the docket no later than March 4, 2019. Mr. Finkelstein is further ordered to ensure that Mr. Figueroa attends the hearing on April 19.
> SO ORDERED.
>
> Hon. Ronnie Abrams
> 2/25/2019

To all counsel of record via ECF