UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSE FIGUEROA,

                     Plaintiff,

Case No.:18-cv-01789 (RA)

ATTORNEY'S AFFIRMATION

-against-

117 PERRY STREET PROPERTY, LLC and
NEWSTEAD RESTAURANT LLC,

                     Defendants.
-----------------------------------------------------------------------X

      Stuart H. Finkelstein, Esq., an attorney duly licensed to practice as such in the Southern District of New York, affirms under the penalties of perjury as follows:

      That on the 27th day of February, 2019, your affiant served the within order of this Court dated February 21, 2019, docket entry 26, upon Jose Figueroa at 941 Jerome Avenue Bronx, New York 10452, at the address designated by said party for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in-a post office-official depository under the exclusive care and custody of the United State Postal Service with New York State.

Dated: Syosset, New York
       February 27, 2019

                                                      Stuart H. Finkelstein, Esq.



| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE—POSTMASTER | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee. |

Received From: Stuart Finkelstein, Esq
338 Jericho Turnp. #E
Syosset, NY. 11791

One piece of ordinary mail addressed to:
Jose Figueroa
941 Jerome Avenue Apt 3E
Bronx, New York 10452

PS Form 3817, Mar. 1989