STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4|8|2019

April 3rd, 2019

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square   Courtroom 1506
New York, New York 10007

Application granted.  The hearing is adjourned until May 1, 2019 at
11:30 a.m.  Counsel for all parties and Mr. Figueroa shall appear at the
hearing.  Mr. Finkelstein is ordered to serve a copy of this letter
endorsement on Mr. Figueroa and to file proof of service on the docket
no later than April 10, 2019.  Mr. Finkelstein is further ordered to
ensure that Mr. Figueroa attends the hearing on May 1.
SO ORDERED.

Hon. Ronnie Abrams
4/8/2019

Re: Figueroa vs. 117 Perry Street LLC, et al
Case No.: 1:18-cv-01789

Dear Judge Abrams,

MEMO ENDORSED

To remind the Court, there is a hearing scheduled on this matter for April 19, 2019. You
previously adjourned the case from its original date to allow me time to retain counsel.

I have in fact done so, but have been informed he is unable to attend due to religious
reasons. I am taking the liberty of attaching his letter to me, yesterday's date, as an
Exhibit.

We are asking for a short adjournment, so if the Court is available on April 26, 2019 that
would be most appreciated. I would also ask the Court, respectfully, that both May 21
and May 22, 2019 not be scheduled as our son's graduation ceremonies are on for both
dates.

Respectfully, I remain,

Very truly yours,

Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF