**UNITED STATES POSTAL SERVICE** ®    **Certificate Of Mailing**    To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Stuart Finkelstein, Esq
235 Jericho Turnpike
Syosset, NY 11791

To: Jose Figueroa   Apt 3E
941 Jerome Avenue
Bronx, N.Y. 10452


DAVIE FL 33328
APR 09 2019
Postmark Here
PINE ISLAND CPU

PS Form **3817**, April 2007  PSN 7530-02-000-9065

CPU

U.S. POSTAGE
$1.45
CTOM       0020
Orig: 33328
04/09/19
11082345
R2305P150408
2S
06