LAW OFFICES OF

# JASON L. ABELOVE, P.C.
666 OLD COUNTRY ROAD
SUITE 303
GARDEN CITY, NEW YORK 11530

TELEPHONE: 516.222.7000
E-MAIL: jason@jasonabelove.com

FACSIMILE: 516.542.2001
www.jasonabelove.com

April 30, 2019

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2019

VIA ECF
Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

**MEMO ENDORSED**

Re: Figueroa v. 117 Perry Street Property, LLC et al
Docket No. 1:18-cv-01789-RA

Dear Honorable Judge Abrams:

This joint letter is to request that the hearing tomorrow be cancelled. Counsel have conferred and Mr. Finkelstein has produced documents indicating that Mr. Finkelstein consulted with Plaintiff at the time of the lawsuit and the settlement.

Counsel for Plaintiff agrees to immediately notify Plaintiff once the hearing is cancelled.

Thank you for your consideration of the foregoing.

Very truly yours,

Jason L. Abelove

cc: Brian J. Griffin, Esq.

---

Application granted. Tomorrow's hearing is adjourned until further notice. Mr. Finkelstein shall immediately serve a copy of this Order on Plaintiff.
SO ORDERED.

Hon. Ronnie Abrams
4/30/2019